United States District Court
Southern District of Texas
**ENTERED**
May 24, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:12-CR-33 |
| | § | |
| SEVERINO OSUNA | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum Opinion & Order entered this

date, the above-styled action is hereby **DISMISSED**.

This is a **FINAL JUDGMENT**.

ORDERED this 24th day of May, 2016.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE